UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DALLAS BUYERS CLUB, LLC**<br><br>     Plaintiff,<br><br>     v.<br><br>**DOES 1-29,**<br><br>     Defendants. | Case No.  3:14-cv-01283-JBA<br><br><br>September 9, 2014 |

NOTICE OF RELATED CASE

Plaintiff Dallas Buyers Club, LLC respectfully gives notice that this action is related to Case No. 3:14-cv-01281-SRU.  The plaintiff and copyrighted work at issue in both cases are the same.  The allegations in each case are similar, except that the dates, times and identities of the infringers are different.  Both cases involve copyright infringement by multiple users in Connecticut over the Internet using the BitTorrent protocol.

              Respectfully submitted,

              /s/ Eric C. Osterberg___
              Eric C. Osterberg (ct22679)
              Osterberg LLC
              1266 East Main Street, Suite 700R
              Stamford, CT  06902
              Tel: (203) 539-6135
              eosterberg@osterbergllc.com
              *Attorney for Plaintiff Dallas Buyers Club, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2014, a copy of the foregoing document was filed electronically and served by mail on any party identified as unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Eric C. Osterberg
Eric C. Osterberg